CT Corporation

**Service of Process Transmittal**
05/14/2018
CT Log Number 533334353

TO: Kent Pflederer, Vice President, General Counsel & Secret
Packaging Corporation of America
1955 W Field Ct
Lake Forest, IL 60045-4824

RE: **Process Served in Louisiana**

FOR: Packaging Corporation of America  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MICKLY MCDANIEL, et al., Pltfs. vs. Packaging Corporation of America, Inc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | BEAUREGARD; 36TH JUDICIAL DISTRICT COURT, LA Case # 20180370 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - February 8,2017 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/14/2018 at 09:03 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service hereof |
| **ATTORNEY(S) / SENDER(S):** | T. HOUSTON MIDDLETON, IV LUNDY, LUNDY, SOILEAU & SOUTH LLP 124 W. Castellano Drive, Suite 100 Lake Charles, LA 70601 337-436-0707 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/15/2018, Expected Purge Date: 05/20/2018 |
| | Image SOP |
| | Email Notification,  Kent Pflederer  kpflederer@packagingcorp.com |
| | Email Notification,  Tony Steenkolk  tonysteenkolk@packagingcorp.com |
| | Email Notification,  Jamie DeYoung-Ciszewski  Jdeyoung-ciszewski@packagingcorp.com |
| | Email Notification,  Amanda McAuslan  AmandaMcAuslan@packagingcorp.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 3867 Plaza Tower Dr. Baton Rouge, LA 70816-4378 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / SH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Exhibit 3**

## CITATION

| | | |
|---|---|---|
| **MICKLY MCDANIEL, ET AL** | | **Case:** 20180370 |
| | | **Division: A** |
| *Versus* |  | **36th Judicial District Court** |
| | | **Parish of Beauregard** |
| **PACKAGING CORPORATION OF AMERICA INC,** | | **State of Louisiana** |
| **ET AL** | | |

TO: **PACKAGING CORPORATION OF AMERICA INC**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LOUISIANA 70816**

*Parish: EAST BATON ROUGE*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the DAMAGES petition of MICKLY MCDANIEL, ET AL against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder within 15 days after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on APRIL 17, 2018.  Issued on this 26TH day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY: *Cheryl Holmes*

Deputy Clerk of Court

*\*Also attached are the following documents*
**PETITION FOR DAMAGES**

A TRUE AND CORRECT COPY
OF THE ORIGINAL

*Cheryl Holmes*

Deputy                    Clerk of Court
Beauregard Parish, LA

**[SERVICE COPY]**

| | | |
|---|---|---|
| MICKLY MCDANIEL, JIMMEL BAPTISTE, CECIL RAY COLLINS, JR., ERNEST DAVID COLLINS, DAVID ALLAN MARTIN, ADRIAN M. PHILLIPS, SAMUEL ROGERS, IRA SHANE WELCH, SR., and IRA SHANE WELCH, JR. | * * * * * * * * * | 36TH JUDICIAL DISTRICT COURT |
| VS. NO. C2018-370, DIV. "A" | * | PARISH OF BEAUREGARD |
| PACKAGING CORPORATION OF AMERICA, INC., FLOYD J. LEBLEU, RAYMOND LESTER, and JAMES MACHINE WORKS, LLC | * * * | STATE OF LOUISIANA |
| FILED: April 17, 2018 | * * | S/Cheryl Holmes |
| | | DEPUTY CLERK OF COURT |

---

## PETITION FOR DAMAGES

COME NOW Plaintiffs, MICKLY MCDANIEL, JIMMEL BAPTISTE, CECIL RAY COLLINS, JR., ERNEST DAVID COLLINS, DAVID ALLAN MARTIN, ADRIAN M. PHILLIPS, SAMUEL ROGERS, IRA SHANE WELCH, SR., and IRA SHANE WELCH, JR., who appear before this Honorable Court through undersigned counsel to petition the Court for the recovery of damages and the other relief and remedies set forth in this petition on the following grounds and for the following reasons:

1.

Plaintiffs each are major persons who reside and are domiciled as follows:

MICKLY MCDANIEL resides and is domiciled in Canadian County, Oklahoma;

JIMMEL BAPTISTE resides and is domiciled in Brazoria County, Texas;

CECIL RAY COLLINS, JR. resides and is domiciled in Orange County, Texas;

ERNEST DAVID COLLINS resides and is domiciled in Angelina County, Texas;

DAVID ALLAN MARTIN resides and is domiciled in Hardin County, Texas;

ADRIAN M. PHILLIPS resides and is domiciled in Jefferson County, Texas;

SAMUEL ROGERS resides and is domiciled in Forsyth County, North Carolina;

IRA SHANE WELCH, SR. resides and is domiciled in Hardin County, Texas; and

IRA SHANE WELCH, JR. resides and is domiciled in Jefferson County, Texas.

2.

Named as defendants in this petition are the following:

(a)   PACKAGING CORPORATION OF AMERICA, INC. ("PCA") a Delaware
corporation with its principal place of business located in Illinois which is
authorized to do and is doing business in the State of Louisiana and which may be
served through its registered agent for service of process, C T Corporation System,
3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

(b)   FLOYD J. LEBLEU, an individual of the age of majority and resident of the Parish
of Beauregard, State of Louisiana, who may be served at 1082 Three Pine Church
Road, DeRidder, Louisiana 70634;

(c)   RAYMOND LESTER, an individual of the age of majority and resident of the
Parish of Beauregard, State of Louisiana, who may be served at 105 Tara Drive,
Apartment C, DeRidder, Louisiana 70634; and

(d)   JAMES MACHINE WORKS, LLC, a Louisiana limited liability company with its
principal place of business located in the Parish of Ouachita, State of Louisiana,
which may be served through its registered agent for service of process, Davenport,
Files, & Kelly, 1509 Lamy Lane, Monroe, Louisiana 71201.

3.

On or about Wednesday, February 8, 2017, Plaintiffs were performing, or were beginning

to perform, their duties as part of the welding/pipefitting crew operating at PCA's DeRidder,

Louisiana facility.   Specifically, Plaintiffs and their co-workers were to perform

welding/pipefitting operations in the pulp mill section of PCA's containerboard mill.   At

approximately 11:10 a.m., a 25-foot tall tank manufactured by Defendant JAMES MACHINE

WORKS, LLC and containing foul condensate exploded, killing three of Plaintiffs' co-workers

and injuring Plaintiffs and others.

4.

At the time of the explosion that killed Plaintiffs' co-workers and caused injury to Plaintiffs

and others, Defendant FLOYD J. LEBLEU was employed by PCA as the senior project manager

overseeing contractor safety at the pulp mill facility where the explosion occurred, and Defendant

RAYMOND LESTER was employed by PCA as the manager of the yard of the pulp mill facility

in which the explosion occurred.

5.

On information and belief, prior to the explosion, PCA, through its employees, including

but not limited to FLOYD J. LEBLEU and RAYMOND LESTER, caused, approved, or otherwise

allowed a "hot-work" permit to issue allowing the decedents to proceed with welding in the pulp

mill section of the facility. PCA failed to ensure that the equipment on which the welders were

working had been purged, blocked, isolated, or otherwise cleared of combustible materials.

6.

Also on information and belief, on or about Monday, February 6, 2017 (*i.e.,* two days prior

to the explosion at issue herein), PCA, through its employees, moved the scheduled safety meeting

from its original location due to the strong smell of ammonia emanating from the tank which later

exploded, and allowed welding activities to begin prior to a "sniff test" being performed.

7.

The explosion that is the subject of this lawsuit resulted from the fault and/or negligence

of PCA and its employees in the following non-exclusive particulars:

(a)  failing to warn Plaintiffs and their co-workers that they were welding in a section of the PCA facility that contained hazardous and/or flammable vapors;

(b)  failing to ensure that the area contained no hazardous or flammable gasses;

(c)  failing to ensure that no ignition source was present at or near the welding area;

(d)  failing to supervise other contractors who may have contributed to causing the explosion;

(e)  failing to purge and/or clear equipment of any potentially flammable and/or combustible materials;

(f)  failing to follow PCA's own policies and procedures regarding safe work and operation;

(g)  failing to properly maintain and repair equipment;

(h)  failing to provide training;

(i)  failing to provide and maintain a safe work site;

(j)  failing to properly train employees to maintain a safe work site;

(k)  failing to promulgate and enforce policies required to maintain a safe work site;

(l)  failing to provide timely firefighting assistance;

(m)  failing to ensure that automatic firefighting equipment was in place;

(n)  failing to promulgate adequate and safe work procedures;

(o)  failing to enforce safe work procedures;

(p)  failing to ensure that the area was safe to work;

3

(q)    failing to follow standards set by the Occupational Safety and Health Administration;

(r)    failing to perform an appropriate job safety analysis;

(s)    failing to provide personnel sufficient to perform operations; and

(t)    any other acts and/or omissions which may be proven at the trial on the merits.

8.

As senior project manager overseeing contractor safety at PCA's DeRidder pulp mill facility, FLOYD J. LEBLEU's fault and/or negligence caused the explosion that is the subject of this lawsuit in the following non-exclusive particulars:

(a)    failing to warn Plaintiffs and their co-workers that they were welding in a section of the PCA facility that contained hazardous and/or flammable vapors;

(b)    failing to ensure the safety of contractors working at the DeRidder PCA facility;

(c)    failing to ensure that the area in which Plaintiffs and their co-workers were welding contained no hazardous or flammable gasses;

(d)    failing to supervise other contractors who may have contributed to causing the explosion;

(e)    failing to ensure that no ignition source was present at or near the welding area;

(f)    failing to purge and/or clear equipment of any potentially flammable and/or combustible materials;

(g)    failing to follow PCA's own policies and procedures regarding safe work and operation;

(h)    failing to properly maintain and repair equipment;

(i)    failing to provide training;

(j)    failing to maintain a safe work site;

(k)    failing to properly train employees and/or contractors to maintain a safe work site;

(l)    failing to enforce policies required to maintain a safe work site;

(m)    failing to provide timely firefighting assistance;

(n)    failing to ensure that automatic firefighting equipment was in place;

(o)    failing to enforce safe work procedures;

(p)    failing to ensure that the area was safe to work;

(q)    failing to follow standards set by the Occupational Safety and Health Administration;

4

(r)     failing to perform an appropriate job safety analysis;

(s)     failing to provide personnel sufficient to perform operations; and

(t)     any other acts and/or omissions which may be proven at the trial on the merits.

9.

As manager of the yard of PCA's DeRidder pulp mill facility in which the explosion that is the subject of this lawsuit took place, RAYMOND LESTER's fault and/or negligence caused said explosion in the following non-exclusive particulars:

(a)     failing to ensure the area of the PCA facility under his care, custody, and control was free from all hazards;

(b)     failing to ensure that the tank and piping of his managed area was purged and/or cleared of any potentially flammable and/or combustible materials;

(c)     failing to warn Plaintiffs and their co-workers that they were welding in a section of the PCA facility that contained hazardous and/or flammable vapors;

(d)     failing to ensure that the area in which Plaintiffs and their co-workers were welding contained no hazardous or flammable gasses;

(e)     failing to ensure that no ignition source was present at or near the welding area;

(f)     failing to supervise other contractors who may have contributed to causing the explosion;

(g)     failing to follow PCA's own policies and procedures regarding safe work and operation;

(h)     failing to properly train the employees in the pulp mill area that he managed to maintain a safe work site;

(i)     failing to enforce policies required to maintain a safe work site;

(j)     failing to provide timely firefighting assistance;

(k)     failing to ensure that automatic firefighting equipment was in place;

(l)     failing to enforce safe work procedures;

(m)     failing to ensure that the area was safe to work;

(n)     failing to follow standards set by the Occupational Safety and Health Administration;

(o)     failing to perform an appropriate job safety analysis;

(p)     failing to provide personnel sufficient to perform operations; and

(q)     any other acts and/or omissions which may be proven at the trial on the merits.

10.

Alternatively, PCA is liable for the negligent and/or intentional acts of its employees, agents, servants, and/or representatives for failing to inform Plaintiffs and their co-workers that the area in which they were welding contained flammable and/or combustible vapors. As such, PCA knew or should have known that Plaintiffs' injuries were certain or substantially certain to occur as a result of its actions and those of its employees, agents, servants, and/or representatives.

11.

Additionally and/or alternatively, as the manufacturer of the foul condensate tank that exploded and caused Plaintiffs' injuries, Defendant JAMES MACHINE WORKS, LLC's fault and/or negligence caused said explosion in the following non-exclusive particulars:

(a)  manufacturing and selling a product that is unreasonably dangerous in its construction, composition, and condition;

(b)  manufacturing and selling a product that is unreasonably dangerous in its design;

(c)  manufacturing and selling a product that is unreasonably dangerous because it failed to contain an adequate warning about characteristics of the product that may cause damages; and

(d)  manufacturing and selling a product that is unreasonably dangerous because it failed to conform to an express warranty.

12.

Defendants' conduct by act and/or omission, as set forth herein and otherwise, constituted negligence that resulted in Plaintiffs' injuries and the damages sought herein.

13.

As a direct and proximate cause of Defendants' negligence, Plaintiffs suffered severe bodily and emotional injuries. Specifically, each and every plaintiff herein inhaled noxious fumes; Plaintiff MICKLY MCDANIEL suffered injuries to his knee and back; Plaintiff CECIL RAY COLLINS, JR. suffered burn injuries; and Plaintiffs JIMMEL BAPTISTE, ERNEST DAVID COLLINS, DAVID ALLAN MARTIN, ADRIAN M. PHILLIPS, SAMUEL ROGERS, IRA SHANE WELCH, SR., and IRA SHANE WELCH, JR. each suffered, and continue to suffer, Post-Traumatic Stress Disorder.

6

14.

Plaintiffs seek to recover all damages allowed by law, including money damages to compensate them for the following:

(a)    physical pain and suffering in the past;

(b)    physical pain and suffering Plaintiffs will suffer in the future;

(c)    mental anguish suffered in the past;

(d)    mental anguish Plaintiffs will suffer in the future;

(e)    medical expenses incurred in the past;

(f)    medical expenses Plaintiffs will incur in the future;

(g)    lost wages incurred in the past;

(h)    lost wages Plaintiffs will incur in the future;

(i)    loss of earning capacity in the past;

(j)    loss of earning capacity Plaintiffs will incur in the future;

(k)    physical impairment suffered in the past; and

(l)    physical impairment Plaintiffs will suffer in the future;

(m)    all emergency services incurred as a result of the accident;

(n)    all general damages reasonable in the premises;

(o)    all special expenses reasonable in the premises;

(p)    all general and equitable relief under the circumstances;

(q)    legal interest from date of judicial demand;

(r)    any expenses incurred or to be incurred and for which Plaintiffs are responsible that are consequential to the events complained of in this action; and

(s)    for such other damages as may be established at the trial of this action.

15.

Plaintiffs specifically reserve any and all rights they may have under Louisiana, Texas, or any other state and/or federal law to punitive damages arising from the acts and/or omissions of the Defendants herein.

16.

Plaintiffs specifically allege that the damages complained of in this action exceed the jurisdictional requirement for trial by jury and, further, Plaintiffs pray for a trial of all issues by jury as allowed by law.

WHEREFORE, Plaintiffs, MICKLY MCDANIEL, JIMMEL BAPTISTE, CECIL RAY COLLINS, JR., ERNEST DAVID COLLINS, DAVID ALLAN MARTIN, ADRIAN M. PHILLIPS, SAMUEL ROGERS, IRA SHANE WELCH, SR., and IRA SHANE WELCH, JR., ask that citation issue, that Defendants PACKAGING CORPORATION OF AMERICA, INC., FLOYD J. LEBLEU, RAYMOND LESTER, and JAMES MACHINE WORKS, LLC be served with process in this action, that he be granted a trial by jury of all issues, and, after due proceedings in accordance with law, that there be judgment rendered in this action in favor of Plaintiffs and against Defendants for such damages as are reasonable based on the claims and allegations set forth in this petition, along with judicial interest on all amounts awarded from the date of this demand until paid in full, all costs of this action, and such other relief or remedies as may be proper under the facts and law presented.

By his attorneys,

LUNDY, LUNDY, SOILEAU, & SOUTH LLP

RUDIE R. SOILEAU, JR. (La. Bar Roll No. 2119)
HUNTER W. LUNDY (La. Bar Roll No. 8938)
JACKEY W. SOUTH (La. Bar Roll No. 21125)
T. HOUSTON MIDDLETON, IV (La. Bar Roll No. 33281)
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

*Attorneys for Plaintiffs*

A TRUE AND CORRECT COPY
OF THE ORIGINAL

Cheryl _____
Deputy          Clerk of Court
                Beauregard Parish, LA

**PLEASE SERVE:**

PACKAGING CORPORATION OF AMERICA, INC.
Through its registered agent for service of process,
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

8

FLOYD J. LEBLEU
1082 Three Pine Church Road
DeRidder, Louisiana 70634

RAYMOND LESTER
105 Tara Drive, Apartment C
DeRidder, Louisiana 70634

JAMES MACHINE WORKS, LLC
Through its registered agent for service of process,
Davenport, Files, & Kelly
1509 Lamy Lane
Monroe, Louisiana 71201

## CITATION

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: 20180370
Division: A
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  **PACKAGING CORPORATION OF AMERICA INC**
     **CT CORPORATION SYSTEM**
     **3867 PLAZA TOWER DRIVE**
     **BATON ROUGE, LOUISIANA  70816**

*Parish: EAST BATON ROUGE*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**.  Issued on this 26TH day of APRIL, 2018.*

                                        *BRIAN S. LESTAGE, CLERK OF COURT*

                                        *BY:*_____
                                              *Deputy Clerk of Court*

*\*Also attached are the following documents*
*PETITION FOR DAMAGES*

FOOTERAREA

## CITATION





*MICKLY MCDANIEL, ET AL*

*Versus*

*PACKAGING CORPORATION OF AMERICA INC, ET AL*

*Case: 20180370*
*Division: A*
*36th Judicial District Court*
*Parish of Beauregard*
*State of Louisiana*

TO:  **FLOYD J. LEBLEU**
   **1082 THREE PINE CHURCH ROAD**
   **DE RIDDER, LOUISIANA  70634**

*Parish: BEAUREGARD*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**.  Issued on this 26TH day of APRIL, 2018.*

*BRIAN S. LESTAGE, CLERK OF COURT*

*BY:* _____
    *Deputy Clerk of Court*

*\*Also attached are the following documents*
*PETITION FOR DAMAGES*

## CITATION




MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL

Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  **RAYMOND LESTER**
     **105 TARA DRIVE APT C**
     **DE RIDDER, LOUISIANA  70634**

*Parish: BEAUREGARD*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**.  Issued on this 26ᵀᴴ day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY: _____
        *Deputy Clerk of Court*

*Also attached are the following documents*
*PETITION FOR DAMAGES*

FOOTERAREA

## CITATION

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  **JAMES MACHINE WORKS, LLC**
     **AGENT:  DAVENPORT, FILES & KELLY**
     **1509 LAMY LANE**
     **MONROE, LOUISIANA  71201**

*Parish: OUACHITA*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**. Issued on this 26ᵀᴴ day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY:_____
       *Deputy Clerk of Court*

*\*Also attached are the following documents*
*PETITION FOR DAMAGES*

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption:

Mickly McDaniel, Jimmel Baptiste,          Packaging Corporation of America, Inc.,
Cecil Ray Collins, Jr., Ernest David        Floyd J. LeBleu, Raymond Lester, and
Collins, David Allan Martin, Adrian     vs. James Machine Works, LLC
M. Phillips, Samuel Rogers, Ira Shane
Welch, Sr. and Ira Shane Welch, Jr.

Court: ~~36th Judicial District Court~~     Docket Number: C 2018-370 Div A

Parish of Filing: __Beauregard__         Filing Date: __April 18, 2018__

Name of Lead Petitioner's Attorney: __Rudie R. Soileau, Jr.__

Name of Self-Represented Litigant: _____

Number of named petitioners: __9__        Number of named defendants: __4__

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

| | |
|---|---|
| __ Auto: Personal Injury | __ Auto: Property Damage |
| __ Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __ Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| X Product Liability | __ Premise Liability |
| __ Intentional Bodily Injury | __ Intentional Property Damage |
| __ Intentional Wrongful Death | __ Unfair Business Practice |
| __ Business Tort | __ Fraud |
| __ Defamation | __ Professional Negligence |
| X Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | _____ |
| X General Negligence | |

Please briefly describe the nature of the litigation in one sentence of additional detail:

__Plaintiffs were injured when equipment maintained and/or manufactured by__
__defendants exploded.__

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __T. Houston Middleton, IV__   Signature _____

Address __501 Broad Street, Lake Charles, LA 70601__

Phone number: __337-439-0707__    E-mail address: __hmiddleton@lundylawllp.com__

4/30/2018  4:15:59PM

**BEAUREGARD PARISH SHERIFF**

BEAUREGARD PARISH CLERK OF COURT  **INVOICE**

BRIAN S. LESTAGE

P.O. BOX 100

DERIDDER, LA 70634

INVOICE #    24956

PAGE    2 OF    6

**Pay To:**

**Ricky L. Moses**
Beauregard Parish Sheriffs Office
P. O. Box 370
DeRidder, LA 70634

PARISH  101

| | Charge | Paid | UnPaid |
|---|---|---|---|
| SUIT NO. 20180370 MICKLY MCDANIEL , ET AL vs PACKAGING CORPORATION OF AMERICA INC | | | |
| 04/27/2018 0005 CITATION | 31.06 | 0.00 | 31.06 |
| DOMICILIARY TO TAYLOR COOLEY-COHAB ON 04/27/2018 BY 95 DAVIS | | | |
| MICKLY MCDANIEL , ET AL vs PACKAGING CORPORATION OF AMERICA INC | | | |

*** TOTAL DUE THIS INVOICE ***    31.06

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

## CITATION



MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL

Case: 20180370
Division: A
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  RAYMOND LESTER
    105 TARA DRIVE APT C
    DE RIDDER, LOUISIANA 70634

2018 APR 27 PM 8:45

Parish: BEAUREGARD

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the DAMAGES petition of MICKLY MCDANIEL, ET AL against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder within 15 days after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on APRIL 17, 2018. Issued on this 26TH day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY:_____Cheryl Holmes_____
      Deputy Clerk of Court

*Also attached are the following documents
PETITION FOR DAMAGES*

Personal Service
Date: _____
Deputy: _____    Beauregard Parish, LA

Domiciliary Service
Date: 4-27-18
Service Made
Through: Taylor Cooley-Cohab
Deputy: Sov 15    Beauregard Parish, LA
Mileage _____

## NOTICE OF SERVICE

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  T. HOUSTON MIDDLETON, IV
     LUNDY, LUNDY, SOILEAU & SOUTH, LLP
     501 BROAD STREET
     LAKE CHARLES, LA  70601

Date of Service: April 27, 2018

Person Served: RAYMOND LESTER

Deputy Clerk: CHERYL

Personal/Domiciliary: Domiciliary

Issued by the Clerk of Court on the 1ˢᵀ day of MAY, 2018.

**Pleading Served:**
**CITATION**

BRIAN S. LESTAGE, CLERK OF COURT

BY:_____
       Deputy Clerk of Court

FOOTERAREA

## CASE FILE CHECKOUT

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

Checked out by:  MH'S DESK

Remarks:  WAITING ON ORIGINAL

Date Checked Out: 5 4 18

FOOTERAREA

Case Number: 20180370 Transaction Date: 5/4/2018 Seq: 35 Page Sequence: 1

BEAUREGARD PARISH SHERIFF
**BEAUREGARD PARISH CLERK OF COURT**      **INVOICE**
5/4/2018    8:27:44AM

| | |
|---|---|
| BRIAN S. LESTAGE | INVOICE #    24986 |
| P.O. BOX 100 | PAGE     7  OF    10 |
| DERIDDER, LA 70634 | |

**Pay To:**

**Ricky L. Moses**
Beauregard Parish Sheriffs Office
P. O. Box 370
DeRidder, LA 70634

PARISH   101

SUIT NO. 20180370 MICKLY MCDANIEL , ET AL vs PACKAGING CORPORATION OF AMERICA INC

| | Charge | Paid | UnPaid |
|---|---|---|---|
| 04/27/2018 0005 CITATION | 35.30 | 0.00 | 35.30 |
| DOMICILIARY TO LISA MCCLELLAND-DAUGHTER ON 05/03/2018 BY | | | |
| 96 BENTON | | | |
| MICKLY MCDANIEL , ET AL vs PACKAGING CORPORATION OF AMERICA | | | |
| INC | | | |

*** TOTAL DUE THIS INVOICE ***      35.30

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

Page 7 of 10

Case Number: 20180370 Transaction Date: 5/4/2018 Seq: 34 Page Sequence: 1

# CITATION

*MICKLY MCDANIEL, ET AL*

*Versus*

*PACKAGING CORPORATION OF AMERICA INC,*
*ET AL*



*Case: 20180370*
*Division: A*
*36th Judicial District Court*
*Parish of Beauregard*
*State of Louisiana*

TO: **FLOYD J. LEBLEU**
**1082 THREE PINE CHURCH ROAD**
**DE RIDDER, LOUISIANA 70634**

*Parish: BEAUREGARD*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the DAMAGES petition of MICKLY MCDANIEL, ET AL against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder within 15 days after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on APRIL 17, 2018. Issued on this 26ᵀᴴ day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY: _Cheryl Holmes_
Deputy Clerk of Court

*Also attached are the following documents
PETITION FOR DAMAGES*

Personal Service
Date: _____
Deputy: _____ Beauregard Parish, LA.
_____
Domiciliary Service
Date: 5-3-18
Service Made
Through: Lisa McClelland (daughter)
Deputy: _____ 291 Beauregard Parish, LA
Mileage 0

[ RETURN COPY ]

## NOTICE OF SERVICE

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL

Case: 20180370
Division: A
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  T. HOUSTON MIDDLETON, IV
        LUNDY, LUNDY, SOILEAU & SOUTH, LLP
        501 BROAD STREET
        LAKE CHARLES, LA  70601

Date of Service: May 3, 2018

Person Served: FLOYD J. LEBLEU

Deputy Clerk: CHERYL

Personal/Domiciliary: Domiciliary

Issued by the Clerk of Court on the 8TH day of MAY, 2018.

**Pleading Served:**
**CITATION**

BRIAN S. LESTAGE, CLERK OF COURT

BY:_____
        Deputy Clerk of Court

**OUACHITA PARISH SHERIFF**
**INVOICE**

INVOICE #     52221
PAGE    1  OF    1

**Pay To:**

**Jay Russell**
Ouachita Parish Sheriffs Office
P.O. Box 1803
Monroe, Louisiana  71210

**BEAUREGARD PARISH CLERK OF COURT**
P.O. BOX 100
DERIDDER, LA 70634

| PARISH  6 | Charge | Paid | UnPaid |
|---|---|---|---|
| **SUIT NO. 180370 MICKLY MCDANIEL ET AL vs PACKAGING CORPORATION OF AMERICA INC ET AL** | | | |
| 04/30/2018 95 CTNPTN - CITATION & PETITION | 35.30 | 0.00 | 35.30 |
|     ATTORNEY TO JAMES MACHINE WORKS LLC THRU AGENT | | | |
| DAVENPORT FILES & KELLY VIA EMILY GINN SEC ON 05/01/2018 BY 308 | | | |
| HURD | | | |
| MICKLY MCDANIEL ET AL vs PACKAGING CORPORATION OF AMERICA | | | |
| INC ET AL | | | |

*** TOTAL DUE THIS INVOICE ***          35.30
*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

Page 1 of 1

## CITATION

(06) 180370

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

308

TO: **JAMES MACHINE WORKS, LLC**
   **AGENT: DAVENPORT, FILES & KELLY**
   **1509 LAMY LANE**
   **MONROE, LOUISIANA  71201**

*Parish: OUACHITA*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**. Issued on this 26ᵀᴴ day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY: *Cheryl Holmes*
     Deputy Clerk of Court

*\*Also attached are the following documents*
*PETITION FOR DAMAGES*

5-1-18   1040
Emily Ginn - Sec'y

## NOTICE OF SERVICE

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL

Case: 20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  T. HOUSTON MIDDLETON, IV
     LUNDY, LUNDY, SOILEAU & SOUTH, LLP
     501 BROAD STREET
     LAKE CHARLES, LA  70601

Date of Service: May 1, 2018

Person Served: JAMES MACHINE WORKS, LLC

Deputy Clerk: CHERYL

Personal/Domiciliary: Personal

Issued by the Clerk of Court on the 9ᵀᴴ day of MAY, 2018.

**Pleading Served:**
**CITATION**

BRIAN S. LESTAGE, CLERK OF COURT

BY:_____
        Deputy Clerk of Court

FOOTERAREA

**STATE OF LOUISIANA**

**THIRTY-SIXTH JUDICIAL DISTRICT COURT**

**PARISH OF BEAUREGARD**

| | | |
|---|---|---|
| MICKLY MCDANIEL, ET AL | § | DOCKET NO. C-2018-370, |
| | § | |
| v. | § | DIV. A |
| | § | |
| PACKAGING CORPORATION OF | § | |
| AMERICA, INC., FLOYD J. LEBLEU, | § | |
| RAYMOND LESTER, AND JAMES | § | |
| MACHINE WORKS, LLC | § | |
| | § | |
| | § | |

FAX
Filed: May 11, 2018
By: _____
Deputy Clerk of Court

## MOTION OF HAROLD RAY LESTER AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes defendant **HAROLD RAY LESTER** (erroneously identified as "Raymond Lester" in the Petition for Damages filed herein), who, on suggesting to the Court that this defendant needs additional time to answer plaintiffs' Petition for Damages, moves for a 30 day extension of time in which to file his responsive pleadings. Mover requires additional time to investigate the matter and the allegations against him prior to filing responsive pleadings and respectfully suggests that the requested extension will not prejudice any party nor unduly delay the progress of this litigation.

Mover, Harold Ray Lester, was served with the Petition for Damages on April 27, 2018, and the citation requires the filing of responsive pleadings on or before May 13, 2018.

Mover requests an extension of the time to file responsive pleadings until June 12, 2018, and prays for such relief.

BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC

By: _____
  David M. Bienvenu, Jr., #20700
  Lexi T. Holinga, #30096
  F. Charles Marionneaux, #18320
  4210 Bluebonnet Blvd.
  Baton Rouge, LA 70809
  Phone: (225) 388-5600
  Fax: (225) 388-5622

*Counsel for Harold Ray Lester*

- 1 -

STATE OF LOUISIANA

THIRTY-SIXTH JUDICIAL DISTRICT COURT

PARISH OF BEAUREGARD

MICKLY MCDANIEL, ET AL.　　　§　DOCKET NO. C-2018-370,
　　　　　　　　　　　　　　　　§
　　　　v.　　　　　　　　　　　§　DIV. A
　　　　　　　　　　　　　　　　§
PACKAGING CORPORATION OF　　§
AMERICA, INC., FLOYD, J. LEBLEU,　§
RAYMOND LESTER, AND JAMES　§
MACHINE WORKS, LLC　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§

Filed: May 11, 2018
By: _____
　　　　Deputy Clerk of Court

**ORDER**

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by **HAROLD RAY LESTER**:

　　**IT IS HEREBY ORDERED** that **HAROLD RAY LESTER** be and he is hereby granted

until June 12, 2018, by which to file pleadings responsive to plaintiffs' Petition for Damages.

This _14th_ day of _____ May _____, 2018.

_____
JUDGE, BEAUREGARD PARISH, DIV. A

Page 3 of 17                                05/03/2018 10:47        #558 P.001/004

**To:**

# B I E N V E N U
# B O N N E C A Z E
# F O C O   APLLC
# & V I A T O R
# H O L I N G A

LEXI J GIBBS
*Paralegal*

(225) 478-1607  TELEPHONE
(225) 388-5622  FACSIMILE
lexi.gibbs@bblawla.com

FAX
Filed: May 3, 2018
By: _Melissa M. Hearn_
**Deputy Clerk of Court**

May 3, 2018

**Via Fax (337) 462-3916 and U.S. Mail**

Clerk of Court
36th Judicial District Court
Parish of Beauregard
201 West 1st Street
DeRidder, LA 70634

Re:   *"Mickly McDaniel, et al. v. Packaging Corporation of America, et al.*, No. C2018-370,
      Div. 'A,' 36th Judicial District Court, Parish of Beauregard, State of Louisiana"* –
      **Motion and Order for Extension of Time**

Dear Clerk,

        Please fax file the attachment into the above referenced matter. Once we receive the fax
receipt with proper payment owed we will mail the Original Pleading, the proper amount due, and
a copy of the Pleading with a self addressed enveloped to be stamped and sent back.

                                                          Mailed 5-15-18
                                                                mh

        Please feel free to contact me with any concerns!

Sincerely,

**Bienvenu, Bonnecaze, Foco, Viator & Holinga APLLC**

Lexi J. Gibbs
*Paralegal*

Encl.          **\*** Please forward $50.00 and your
                original documents.

                            Melissa M. Hearn
                            DY. Clerk

4210 Bluebonnet Blvd., Baton Rouge, LA 70809   •   PHONE: 225.388.5600   •   FAX. 225.388.5622   •   bblawla.com

| Transmission Report |
| --- |

| Date/Time | 05-15-2018 | 11:45:23 a.m. | Transmit Header Text | |
| Local ID 1 | 3374623916 | | Local Name 1 | Beauregard Civil |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

STATE OF LOUISIANA

THIRTY-SIXTH JUDICIAL DISTRICT COURT

PARISH OF BEAUREGARD

MICKLY MCDANIEL, ET AL.

v.

PACKAGING CORPORATION OF
AMERICA, INC., FLOYD, J. LEBLEU,
RAYMOND LESTER, AND JAMES
MACHINE WORKS, LLC

DOCKET NO. C-2018-370.

DIV. A

Filed May 11, 2018

By: _____ Deputy Clerk of Court

__ORDER__

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by HAROLD RAY LESTER:

IT IS HEREBY ORDERED that HAROLD RAY LESTER be and he is hereby granted

until June 12, 2018, by which to file pleadings responsive to plaintiffs' Petition for Damages.

This 14th day of _____ May _____, 2018

_____
JUDGE, BEAUREGARD PARISH, DIV A

*Also, Order granting extension
for Floyd LeBleu*

- 3 -

Total Pages Scanned : 2          Total Pages Confirmed : 2

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | 237 | 3374391029 | 11:44:12 a.m. 05-15-2018 | 00:00:23 | 2/2 | 1 | EC | HS | CP19200 |

Abbreviations:

| | | | |
| --- | --- | --- | --- |
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

To:



**B I E N V E N U
B O N N E C A Z E
F O C O APLLC
V I A T O R
& H O L I N G A**

FILED

2018 MAY -9 PH 2: 16

CLERK OF COURT
BEAUREGARD PARISH

LEXI J. GIBBS
*Paralegal*

(225) 478-1607 TELEPHONE
(225) 388-5622 FACSIMILE
lexi.gibbs@bblawla.com

May 9, 2018

**Via Fax (337) 462-3916 and U.S. Mail**

Clerk of Court
36ᵗʰ Judicial District Court
Parish of Beauregard
201 West 1ˢᵗ Street
DeRidder, LA 70634

FAXED FILED ON:
___ 5 - 9 , 20 18

ORIGINAL
RECEIVED ON:
___ 5 - 17 , 20 18

Re:   *"Mickly McDaniel, et al. v. Packaging Corporation of America, et al., No. C2018-370,
Div. 'A,' 36ᵗʰ Judicial District Court, Parish of Beauregard, State of Louisiana"* –
**Motion and Order for Extension of Time**

Dear Clerk,

   Please accept the attachment for fax filing into the above referenced matter. Once we
receive the fax receipt with proper payment owed we will mail the original pleading, proper
amount due, and a copy of the pleading with a self addressed envelope to use to send back a
stamped copy.

   Please feel free to contact me with any concerns!

Sincerely,

**Bienvenu, Bonnecaze, Foco, Viator & Holinga APLLC**

Lexi J. Gibbs
*Paralegal*

Encl.

*Please forward $50.00 with
your original documents.
Merni M. Starr
Dv. Clerk*

4210 Bluebonnet Blvd., Baton Rouge, LA 70809   ▪   PHONE: 225.388.5600   FAX: 225.388.5622   ▪   bblawla.com

*Conf. Mailed to Atty
5-17-18 (SASE & Copy
provided)*

06/09/2018 13:22     #562 P.002/004

FILED
2018 MAY -9 PM 2:16

**STATE OF LOUISIANA**

**THIRTY-SIXTH JUDICIAL DISTRICT COURT**

**PARISH OF BEAUREGARD**

| | | |
|---|---|---|
| **MICKLY MCDANIEL, ET AL** | § | **DOCKET NO. C-2018-370,** |
| | § | |
| v. | § | **DIV. A** |
| | § | |
| **PACKAGING CORPORATION OF** | § | |
| **AMERICA, INC., FLOYD J. LEBLEU,** | § | FAX |
| **RAYMOND LESTER, AND JAMES** | § | Filed: May 9, 2018 |
| **MACHINE WORKS, LLC** | § | By: _____ |
| | § | Deputy Clerk of Court |

_____

**MOTION OF FLOYD J. LEBLEU AND ORDER FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS**

**NOW INTO COURT**, through undersigned counsel, comes defendant **FLOYD J. LEBLEU** who, on suggesting to the Court that this defendant needs additional time to answer plaintiffs' Petition for Damages, moves for a 30 day extension of time in which to file his responsive pleadings. Mover requires additional time to investigate the matter and the allegations against him prior to filing responsive pleadings and respectfully suggests that the requested extension will not prejudice any party nor unduly delay the progress of this litigation.

Mover, Floyd J. LeBleu, was served with the Petition for Damages on May 3, 2018, and the citation requires the filing of responsive pleadings on or before May 18, 2018.

Mover requests an extension of the time to file responsive pleadings until June 18, 2018, and prays for such relief.

BIENVENU, BONNECAZE, FOCO, VIATOR &
HOLINGA, APLLC

By: _____
David M. Bienvenu, Jr., #20700
Lexi T. Holinga, #30096
F. Charles Marionneaux, #18320
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax:  (225) 388-5622

*Counsel for Floyd J. LeBleu*

- 1 -

## - CERTIFICATE -

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid

and correctly addressed, and emailed to plaintiffs' counsel and emailed to all known defense

counsel of record.

Baton Rouge, Louisiana, this 9th day of May, 2018.

_____
F. Charles Marionneaux

- 2 -

**STATE OF LOUISIANA**

**THIRTY-SIXTH JUDICIAL DISTRICT COURT**

**PARISH OF BEAUREGARD**

| | | |
|---|---|---|
| **MICKLY MCDANIEL, ET AL.** | § | **DOCKET NO. C-2018-370,** |
| | § | |
| v. | § | **DIV. A** |
| | § | |
| **PACKAGING CORPORATION OF** | § | |
| **AMERICA, INC., FLOYD, J. LEBLEU,** | § | FAX |
| **RAYMOND LESTER, AND JAMES** | § | Filed: May 9, 2018 |
| **MACHINE WORKS, LLC** | § | By: _Meme M Sloan_ |
| | § | Deputy Clerk of Court |

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by **FLOYD J. LEBLEU**:

**IT IS HEREBY ORDERED** that **FLOYD J. LEBLEU** be and he is hereby granted until

June 18, 2018, by which to file pleadings responsive to plaintiffs' Petition for Damages.

This /4th day of _May_____, 2018.

_____
JUDGE, BEAUREGARD PARISH, DIV. A

## CITATION

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC, ET AL



Case: 20180370
Division: A
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  **PACKAGING CORPORATION OF AMERICA INC**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LOUISIANA  70816**

*Parish: EAST BATON ROUGE*

*You are hereby cited to appear before said Court, for said Parish and to comply with the demand contained in the **DAMAGES** petition of **MICKLY MCDANIEL, ET AL** against you, a certified copy of which accompanies this citation, or to file your answer or other pleadings to said petition in the office of the Clerk of Court of the 36th Judicial District Court in the Beauregard Parish Court House, in the City of DeRidder **within 15 days** after service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*Witness my official signature and seal of office at DeRidder, Louisiana on **APRIL 17, 2018**.  Issued on this 26TH day of APRIL, 2018.*

BRIAN S. LESTAGE, CLERK OF COURT

BY: *Cheryl Holmes*
Deputy Clerk of Court

*Also attached are the following documents
PETITION FOR DAMAGES*

I made service on the named party through the
CT Corporation

**MAY 14 2018**

by tendering a copy of the document to
☐ Jeannine Beauregard  ☐ Breana Beauregard
☐ ☐ Alyson Todd

*E. Cummins*
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED

MAY 17 2018

E.B.R. SHERIFF'S OFFICE

[ RETURN COPY ]

## NOTICE OF SERVICE

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL

Case: 20180370
Division: A
36th Judicial District Court
Parish of Beauregard
State of Louisiana

TO:  T. HOUSTON MIDDLETON, IV
     LUNDY, LUNDY, SOILEAU & SOUTH, LLP
     501 BROAD STREET
     LAKE CHARLES, LA  70601

Date of Service: May 17, 2018

Person Served: PACKAGING CORPORATION OF AMERICA INC

Deputy Clerk: CHERYL

Personal/Domiciliary: Personal

Issued by the Clerk of Court on the 17TH  day of MAY, 2018.

**Pleading Served:**
**CITATION**

BRIAN S. LESTAGE, CLERK OF COURT

BY: _____
       Deputy Clerk of Court

FOOTERAREA



**B I E N V E N U**
**B O N N E C A Z E**
**F O C O**  APLLC
**& V I A T O R**
**HOLINGA**

LEXI J. GIBBS
*Paralegal*

(225) 478-1607 TELEPHONE
(225) 388-5622 FACSIMILE
lexi.gibbs@bblawla.com

May 29, 2018

**FAXED FILED ON:**
5-29, 2018
**ORIGINAL**
**RECEIVED ON:**
___, 20___

**Via Fax (337) 462-3916 and U.S. Mail**

Clerk of Court
36th JDC, Iberville Parish
P.O. Box 100
DeRidder, LA 70634

*Gwenna Allen*

2018 MAY 29
CLERK OF COURT
BEAUREGARD PARISH
FILED

Re:   *"Mickly McDaniel, et al. v. Packaging Corporation of American, Inc, et al.,* No. 2018-0370, Div. 'A,' 36th Judicial District Court, Parish of Beauregard, State of Louisiana" –
**Motion for Extension of Time to File Responsive Pleadings on behalf of Packaing Corporation of America**

Dear Clerk,

Please accept the faxed attachment to be filed in the above referenced matter. Once we receive proper payment through fax confirmation, I will send the payment, the Original Motion, and a copy with a self addressed envelope to be returned to us once stamped.

Please contact me with any concerns!                 # 125.00

Sincerely,

**Bienvenu, Bonnecaze, Foco, Viator & Holinga APLLC**

Lexi J. Gibbs
*Paralegal*

Encl.

4210 Bluebonnet Blvd., Baton Rouge, LA 70809  •  PHONE: 225.388.5600  FAX: 225.388.5622  •  bblawla.com  

**Case Number: 20180370 Transaction Date: 5/29/2018 Seq: 12 Page Sequence: 1**

**STATE OF LOUISIANA**

**THIRTY-SIXTH JUDICIAL DISTRICT COURT**

**PARISH OF BEAUREGARD**

| | | |
|---|---|---|
| MICKLY MCDANIEL, ET AL | § | DOCKET NO. C-2018-370 |
| | § | |
| v. | § | DIV. A |
| | § | |
| PACKAGING CORPORATION OF AMERICA, INC., FLOYD J. LEBLEU, RAYMOND LESTER, AND JAMES MACHINE WORKS, LLC | § | |
| | § | Filed: May 29, 2018 |
| | § | By: _Suzanna Allen_ |
| | § | Deputy Clerk of Court |

### MOTION OF PACKAGING CORPORATION OF AMERICA AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes defendant **PACKAGING CORPORATION OF AMERICA** who, on suggesting to the Court that this defendant needs additional time to answer plaintiffs' Petition for Damages, moves for a 30 day extension of time in which to file responsive pleadings. Mover requires additional time to investigate the matter and the allegations prior to filing responsive pleadings and respectfully suggests that the requested extension will not prejudice any party nor unduly delay the progress of this litigation.

Mover, Packaging Corporation of America, was served with the Petition for Damages on May 14, 2018, and the citation requires the filing of responsive pleadings on or before May 29, 2018. Mover requests a today extension of the time to file responsive pleadings until June 28, 2018, and prays for such relief.

BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC

By: _____
David M. Bienvenu, Jr., #20700
Lexi T. Holinga, #30096
F. Charles Marionneaux, #18320
Anthony J. Lascaro, #32546
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax: (225) 388-5622
David.bienvenu@bblawla.com
Lexi.Holinga@bblawla.com
Chip.marrioneaux@bblawla.com
Anthony.lascaro@bblawla.com

*Counsel for Packaging Corporation of America*

### - CERTIFICATE -

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid and correctly addressed, and emailed to plaintiffs' counsel and emailed to all known defense counsel of record.

Baton Rouge, Louisiana, this 29th day of May, 2018.

Anthony J. Lascaro

Page 13 of 17                                    05/29/2018 14:17    #573 P.004/004

FILED

STATE OF LOUISIANA                    2018 MAY 29  P  3:14

THIRTY-SIXTH JUDICIAL DISTRICT COURT    CLERK OF COURT
                                        BEAUREGARD PARISH

PARISH OF BEAUREGARD

| | | |
|---|---|---|
| MICKLY MCDANIEL, ET AL. | § | DOCKET NO. C-2018-370 |
| | § | |
| v. | § | DIV. A |
| | § | |
| PACKAGING CORPORATION OF | § | |
| AMERICA, INC., FLOYD, J. LEBLEU, | § | |
| RAYMOND LESTER, AND JAMES | § | |
| MACHINE WORKS, LLC | § | |

Filed: _May 29, 2018_
By: _Bueann Allen_
                        Deputy Clerk of Court

### ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by **PACKAGING CORPORATION OF AMERICA**:

**IT IS HEREBY ORDERED** that **PACKAGING CORPORATION OF AMERICA** be

and is hereby granted until June 28, 2018, by which to file pleadings responsive to plaintiffs'

Petition for Damages.

This ____ day of _____, 2018.

_____
JUDGE, BEAUREGARD PARISH, DIV. A

85363

| Transmission Report |
| --- |

Date/Time      05-29-2018    03:46:19 p.m.      Transmit Header Text
Local ID 1      3374623916                      Local Name 1                    Beauregard Civil

This document : Confirmed

(reduced sample and details below)

Document size : 8.5"x14"



**Total Pages Scanned : 1**          **Total Pages Confirmed : 1**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | 396 | 12253885622 | 03:45:32 p.m. 05–29–2018 | 00:00:14 | 1/1 | 1 | EC | HS | CP28800 |

Abbreviations:

| | | | | |
| --- | --- | --- | --- | --- |
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

## CASE FILE CHECKOUT

MICKLY MCDANIEL, ET AL

Versus

PACKAGING CORPORATION OF AMERICA INC,
ET AL



Case: C-20180370
Division: A
36ᵗʰ Judicial District Court
Parish of Beauregard
State of Louisiana

Checked out by:  **GWENNA TO JUDGE O'NEAL**

Remarks:  **EXTENSION-PCA UNTIL 6/28/18 ORDER TO SIGN (WAITING ON ORIGINAL)
(ATTY: BIENVENU)**

Date Checked Out: **5/29/2018**

FOOTERAREA

| Transmission Report | | | |

| | | | | |
|---|---|---|---|---|
| Date/Time | 06–06–2018 | 10:55:37 a.m. | Transmit Header Text | |
| Local ID 1 | 3374623916 | | Local Name 1 | Beauregard Civil |

## This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x14"

STATE OF LOUISIANA

THIRTY-SIXTH JUDICIAL DISTRICT COURT

PARISH OF BEAUREGARD

MICKLY MCDANIEL, ET AL.                    DOCKET NO. C-2018-370

v.                                         DIV. A

PACKAGING CORPORATION OF
AMERICA, INC., FLOYD, J. LEBLEU,
RAYMOND LESTER, AND JAMES
MACHINE WORKS, LLC

Filed: May 31, 2018
By: _____
Deputy Clerk of Court

ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by PACKAGING CORPORATION OF AMERICA:

IT IS HEREBY ORDERED that PACKAGING CORPORATION OF AMERICA be

and is hereby granted until June 28, 2018, by which to file pleadings responsive to plaintiffs'

Petition for Damages.

This 6th day of _____June_____, 2018.

_____
JUDGE, BEAUREGARD PARISH, DIV. A
DUTY JUDGE

C. Kerry Anderson, District Judge
36th Judicial District Court, Division B

FILED

Bienvenu

Total Pages Scanned : 1                    Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 470 | 12253885622 | 10:50:16 a.m. 06–06–2018 | 00:00:18 | 1/1 | 1 | EC | HS | CP31200 |

Abbreviations:

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |





LEXI J. GIBBS
*Paralegal*

(225) 478-1607 TELEPHONE
(225) 388-5622 FACSIMILE
lexi.gibbs@bblawla.com

May 29, 2018

**Via Fax (337) 462-3916 and U.S. Mail**

FAXED FILED ON:
5-29, 2018
ORIGINAL
RECEIVED ON:
6-4, 2018

Clerk of Court
36th JDC, Iberville Parish
P.O. Box 100
DeRidder, LA 70634

Re:   *"Mickly McDaniel, et al. v. Packaging Corporation of American, Inc, et al.,* No. 2018-
       0370, Div. 'A,' 36th Judicial District Court, Parish of Beauregard, State of Louisiana" –
       **Motion for Extension of Time to File Responsive Pleadings on behalf of Packaing**
       **Corporation of America**

Dear Clerk,

       Please accept the faxed attachment to be filed in the above referenced matter. Once we
receive proper payment through fax confirmation, I will send the payment, the Original Motion,
and a copy with a self addressed envelope to be returned to us once stamped.

       Please contact me with any concerns!

Sincerely,

**Bienvenu, Bonnecaze, Foco, Viator & Holinga APLLC**

Lexi J. Gibbs
*Paralegal*

Encl.

4210 Bluebonnet Blvd., Baton Rouge, LA 70809    •    PHONE: 225.388.5600    FAX: 225.388.5622    •    bblawla.com



**STATE OF LOUISIANA**

**THIRTY-SIXTH JUDICIAL DISTRICT COURT**

**PARISH OF BEAUREGARD**

MICKLY MCDANIEL, ET AL          §    **DOCKET NO. C-2018-370**
                                §
v.                              §    **DIV. A**
                                §
PACKAGING    CORPORATION   OF   §
AMERICA, INC., FLOYD J. LEBLEU, §    *Faxed*
RAYMOND  LESTER,  AND   JAMES   §    Filed: *May 28, 2018*
MACHINE WORKS, LLC              §    By: *Susan Alla*
                                §         Deputy Clerk of Court

<u>**MOTION OF PACKAGING CORPORATION OF AMERICA AND ORDER FOR**</u>
<u>**EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**</u>

  **NOW INTO COURT**, through undersigned counsel, comes defendant **PACKAGING**

**CORPORATION OF AMERICA** who, on suggesting to the Court that this defendant needs

additional time to answer plaintiffs' Petition for Damages, moves for a 30 day extension of time in

which to file responsive pleadings. Mover requires additional time to investigate the matter and

the allegations prior to filing responsive pleadings and respectfully suggests that the requested

extension will not prejudice any party nor unduly delay the progress of this litigation.

  Mover, Packaging Corporation of America, was served with the Petition for Damages on

May 14, 2018, and the citation requires the filing of responsive pleadings on or before May 29,

2018. Mover requests a today extension of the time to file responsive pleadings until June 28,

2018, and prays for such relief.

        BIENVENU, BONNECAZE, FOCO, VIATOR &
        HOLINGA, APLLC

        By: _____
         David M. Bienvenu, Jr., #20700
         Lexi T. Holinga, #30096
         F. Charles Marionneaux, #18320
         Anthony J. Lascaro, #32546
         4210 Bluebonnet Blvd.
         Baton Rouge, LA 70809
         Phone: (225) 388-5600
         Fax: (225) 388-5622
         David.bienvenu@bblawla.com
         Lexi.Holinga@bblawla.com
         Chip.marrioneaux@bblawla.com
         Anthony.lascaro@bblawla.com

        *Counsel for Packaging Corporation of America*

- CERTIFICATE -

I hereby certify that a copy of the above and foregoing has been mailed, postage prepaid and correctly addressed, and emailed to plaintiffs' counsel and emailed to all known defense counsel of record.

Baton Rouge, Louisiana, this 29th day of May, 2018.

Anthony J. Lascaro

STATE OF LOUISIANA

THIRTY-SIXTH JUDICIAL DISTRICT COURT

PARISH OF BEAUREGARD

| | | |
|---|---|---|
| MICKLY MCDANIEL, ET AL. | § | DOCKET NO. C-2018-370 |
| | § | |
| v. | § | DIV. A |
| | § | |
| PACKAGING CORPORATION OF | § | |
| AMERICA, INC., FLOYD, J. LEBLEU, | § | |
| RAYMOND LESTER, AND JAMES | § | |
| MACHINE WORKS, LLC | § | *TAXED* |
| | § | Filed: May 29, 2018 |
| | § | By: _Brenna Green_ |
| | | Deputy Clerk of Court |

**ORDER**

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings

filed by **PACKAGING CORPORATION OF AMERICA**:

**IT IS HEREBY ORDERED** that **PACKAGING CORPORATION OF AMERICA** be

and is hereby granted until June 28, 2018, by which to file pleadings responsive to plaintiffs'

Petition for Damages.

This 6th day of _____ June _____, 2018.

_____
JUDGE, BEAUREGARD PARISH, DIV. A
*DUTY JUDGE*

C. Kerry Anderson, District Judge
36th Judicial District Court, Division B

2018 JUN -6 AM 10:50
CLERK OF COURT
BEAUREGARD PARISH