UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICKLY McDANIEL, ET AL. | : | CIVIL ACTION NO. 2:18-0792 |
| VERSUS | : | JUDGE SUMMERHAYS |
| PACKAGING CORPORATION OF AMERICA, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 19] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Dismiss [doc. 7] filed by defendant James Machine Works, LLC be **GRANTED**, the Motion to Remand [doc. 10] be **DENIED**, and that all claims against defendants Raymond Lester and Floyd J. LeBleu, be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 17th day of December, 2018.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE